No. 09-9854. James Logan, Petitioner v. M. Hicks, Warden.

560 U.S. 913, 130 S. Ct. 3295, 176 L. Ed. 2d 1199, 2010 U.S. LEXIS 4075.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 09-9864. Mervin Titus, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.

560 U.S. 913, 130 S. Ct. 3296, 176 L. Ed. 2d 1199, 2010 U.S. LEXIS 4066.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 09-9875. Ralph Miguel Gonzales, Petitioner v. E. K. McDaniel, Warden, et al.

560 U.S. 913, 130 S. Ct. 3296, 176 L. Ed. 2d 1199, 2010 U.S. LEXIS 3982.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 09-9877. Gholamali Roshandell, Petitioner v. Sears, Roebuck and Company, et al.

560 U.S. 913, 130 S. Ct. 3296, 176 L. Ed. 2d 1199, 2010 U.S. LEXIS 3882.

May 17, 2010. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.

No. 09-9900. Anthony Leon McClain, Petitioner v. Charles L. Ryan, Director, Arizona Department of Corrections, et al.

560 U.S. 913, 130 S. Ct. 3309, 176 L. Ed. 2d 1199, 2010 U.S. LEXIS 3948.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 369 Fed. Appx. 849.

No. 09-9906. Mitchell Lavern Ludy, Petitioner v. William Terry, Warden.

560 U.S. 913, 130 S. Ct. 3309, 176 L. Ed. 2d 1199, 2010 U.S. LEXIS 3890.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 09-9907. Ryland Doyle Schuster, Petitioner v. Randy Blades, Warden.

560 U.S. 913, 130 S. Ct. 3310, 176 L. Ed. 2d 1199, 2010 U.S. LEXIS 4037.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 357 Fed. Appx. 21.